1  Dale A. De Felice, WSBA #21373
2  Paul S. Stewart, WSBA #45469
   PAINE HAMBLEN LLP
3  717 West Sprague Avenue, Suite 1200
4  Spokane, Washington 99201-3505
   (509) 455-6000
5  E-mail: dale.defelice@painehamblen.com
6  E-mail: paul.stewart@painehamblen.com

7  Attorneys for Defendant Tri-State Memorial Hospital

8
9
10
11
                    UNITED STATES DISTRICT COURT
12                   EASTERN DISTRICT OF WASHINGTON
13
   JULIE A. SEMINARA,                )
14                                   ) No.
                                     )
15              Plaintiff,           )
                                     ) **NOTICE OF REMOVAL**
16 vs.                               )
                                     )
17                                   )
   TRI-STATE MEMORIAL HOSPITAL,      )
18                                   )
                                     )
19              Defendant.           )
                                     )
20
21      Defendant Tri-State Memorial Hospital ("Tri-State"), by and through its

22 attorneys, Dale A. De Felice and Paul S. Stewart of Paine Hamblen LLP, hereby

23 gives notice of removal, pursuant to 28 U.S.C. § 1446, of the above-entitled
24
   action from the Asotin County Superior Court to the United States District Court
25
26 for the Eastern District of Washington.

27 NOTICE OF REMOVAL - PAGE 1                              *PAINE HAMBLEN LLP*
                                                     717 WEST SPRAGUE AVENUE, SUITE 1200
28                                                      SPOKANE, WASHINGTON 99201-3505
                                                              PHONE (509) 455-6000

1.  The above-entitled action was filed on July 23, 2018 in Asotin County Superior Court, under Cause No. 18-2-00147-02. Attached as Exhibit A is a true and correct copy of the Summons and Complaint, and the undersigned's Notice of Appearance, which constitute all the pleadings filed to date in the Asotin County action.

2.  On July 23, 2018, Tri-State was served via David Gittins, its registered agent, with a copy of the Summons and Complaint.

3.  The case involves a claim of employment discrimination based on an alleged disability.

4.  This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 in that Plaintiff asserts claims which arise under the Constitution, laws, and treaties of the United States, namely, the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.

5.  Plaintiff alleges that Tri-State discriminated against her by terminating her employment agreement with Tri-State based on Plaintiff's status as "a disabled person within the meaning of the [ADA]." *See* Exhibit A, attached, Complaint at ¶ 4.3. Additionally, Plaintiff claims that Tri-State retaliated against her for asserting her rights available under the ADA, in

violation of 42 U.S.C. § 12203. *Id.* at ¶ 5.2.

6.  Plaintiff also asserts state law causes of action for "Damages in Reasonable Reliance on Defendant's Promises" and "Breach of Contract." *Id.* at pgs. 9 – 10. These claims stem from Tri-State's employment agreement with Plaintiff, which it terminated after Plaintiff failed to meet certain conditions of the agreement.

7.  Plaintiff's state law claims arise from the same nucleus of facts as Plaintiff's (federal) discrimination and retaliation claims, and the events giving rise to the alleged breach(es) occurred at the same time (or soon after) the alleged discrimination/retaliation took place. The state law claims do not involve novel or complex issues of state law and do not predominate over the federal claims.

8.  This Court may exercise supplemental jurisdiction over Plaintiff's state law claims because these claims "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Exercising supplemental jurisdiction over Plaintiff's state law claims in this case would "sensibly accommodat[e] the values of economy, convenience, fairness and comity." *Executive Software N. Am., Inc. v. United*

*States Dist. Court*, 24 F.3d 1545, 1557-58 (9th Cir. 1994); *see also Ruiz v. Fernandez*, CV-11-3088-RMP, 2012 WL 1442556, at *2 (E.D. Wash. Apr. 26, 2012) (asserting supplemental jurisdiction over the Plaintiffs' state law breach of contract, wage law, and quantum meruit claims, which arose from "the same employment period and conditions with the Defendants as the federal claims and arise out of the same common nucleus of operative facts").

9. This action may be removed to this Court by Tri-State pursuant to the provisions of 28 U.S.C. § 1441(c).

10. Thirty (30) days have not yet expired since this action became removable by Tri-State to the United States District Court, Eastern District of Washington.

11. Venue is proper in the Eastern District of Washington, pursuant to 28 U.S.C. § 1391(b), on the grounds that a substantial part of the events giving rise to the claim occurred within the Eastern District of Washington.

12. Pursuant to 28 U.S.C. § 1446(d), Tri-State is giving written notice of the removal of this action to counsel for the Plaintiff and filing a copy of the written notice with the Asotin County Superior Court Clerk.

///

///

WHEREFORE, Tri-State requests that the above-entitled action be removed from Asotin County Superior Court to the United States District Court for Eastern District of Washington.

DATED this 17th day of August, 2018.

                                PAINE HAMBLEN LLP

                                By: /s/ Dale A. De Felice
                                       DALE A. DE FELICE,
                                       WSBA # 21373
                                       PAUL S. STEWART,
                                       WSBA # 45469
                                       Attorneys for Defendant Tri-State Memorial Hospital

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of August, 2018, I caused to be served the foregoing **NOTICE OF REMOVAL** by the method indicated below and addressed to the following:

```
____  VIA CM/ECF SYSTEM              Scott G. Boyce
 X    VIA U.S. MAIL (Postage Prepaid) Law Offices of Bohrnsen Stocker
____  VIA OVERNIGHT MAIL             Smith Luciani PLLC
____  VIA FAX TRANSMISSION           312 W. Sprague Avenue
                                     Spokane, WA 99201
```

   /s/ Dale A. De Felice
DALE A. DE FELICE,
WSBA # 21373
PAUL S. STEWART,
WSBA # 45469
Paine Hamblen LLP
717 W. Sprague Ave., Suite 1200
Spokane, WA 99201-3505
(509) 455-6183
Fax: (509) 838-0007
E-mail: dale.defelice@painehamblen.com
E-mail: paul.stewart@painehamblen.com

Attorneys for Defendant Tri-State Memorial Hospital

I:\SPODOCS\00483\00038\PLEAD\1730715 v1