1

2

3

4

5                   UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF WASHINGTON

7   JULIE A. SEMINARA,

                                              NO:  2:18-CV-0261-TOR
8                           Plaintiff,

                                              ORDER OF DISMISSAL
9          v.                                 WITH PREJUDICE

10   TRI-STATE MEMORIAL
     HOSPITAL,
11
                            Defendant.
12

13        BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF

14   No. 4).  The parties stipulate, in consideration of a negotiated settlement agreement

15   executed by them, to the dismissal of this action with prejudice and with each party

16   bearing its own attorneys' fees and costs, pursuant to Federal Rule of Civil

17   Procedure 41(a)(1)(A)(ii).

18   //

19   //

20   //


ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    **ACCORDINGLY, IT IS HEREBY ORDERED**:

2    1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation,

3   this action is **DISMISSED** with prejudice and with each party to bear its own costs

4   and attorneys' fees.

5    2.  Any pending motions are **DENIED** as moot and all hearings are stricken

6   from the Court's calendar.

7    The District Court Executive is hereby directed to enter this Order, enter

8   Judgment, provide copies to counsel, and **CLOSE** the file.

9    DATED September 26, 2018.

10

11 

                                    THOMAS O. RICE
12                            Chief United States District Judge

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2